# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Harold N. Pennington III                      CHAPTER 13

              Debtor(s)

                                                       BKY. NO. 25-20682 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                               Respectfully submitted,

/s/ 

Denise Carlon
25 Mar 2025, 17:17:56, EDT

Denise Carlon, Esq. (317226)    ☑
Brent Lemon, Esq. (86478)      ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com