UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 25-20682 JAD |
| Harold N. Pennington, III, | : | Chapter 13 |
| Debtor, | : | Related to Doc No. 10 |
| Harold N. Pennington, III, | : | |
| Movant, | : | |
| vs. | : | **DEFAULT O/E JAD** |
| All Creditors on the Mailing Matrix and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Defendants/Respondents. | : | |

ORDER CONTINUING AUTOMATIC STAY

And now, following consideration of the motion filed by Debtor, and following this Court's determination that the current Chapter 13 bankruptcy was filed in good faith as to all creditors identified in Debtor's schedules, it is hereby ordered and directed pursuant to 11 U.S.C. §362 (c)(3)(B) that the Automatic Stay in Debtor's current bankruptcy is continued beyond the initial (30) thirty day period and shall continue until discharge, dismissal and/or further order of court.

[Prepared by Daniel R. White, Esq.]

By the Court,

Dated: 4/10/2025

United States Bankruptcy Judge
Jeffery A. Deller

FILED
4/10/25 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA