**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−20682−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Harold N. Pennington III
   132 North Sixth Street
   Connellsville, PA 15425

Social Security No.:
   xxx−xx−6235

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel R. White<br>Calaiaro Valencik<br>8 Nickman Plaza<br>Lemont Furnace, PA 15456<br>Telephone number: 724−386−7364 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>August 18, 2025<br>09:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>August 18, 2025<br>09:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/3/25

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20682-JAD |
| Harold N. Pennington, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 03, 2025 | Form ID: rsc13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold N. Pennington, III, 132 North Sixth Street, Connellsville, PA 15425-2524 |
| 16512520 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, Revenue Recovery, P.O. Box 117, Columbus, OH 43216 |
| 16521621 | + | Dubois Regional Cardiology Associates, 145 Hospital Avenue Suite 211, Du Bois, PA 15801-1464 |
| 16521622 | + | Elk County EMS, LLC, P.O. Box 18533, Pittsburgh, PA 15236-0533 |
| 16521618 | + | Fayette EMS, P.O. Box 862, Connellsville, PA 15425-0862 |
| 16512522 | | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 16512526 | + | Penn Highlands, P.O. Box 16157, Rocky River, OH 44116-0157 |
| 16521619 | + | Penn Highlands Healthcare, P.O. Box 6319, Hermitage, PA 16148-0924 |
| 16521620 | + | Penn Highlands Mon Valley, P.O. Box 715064, Cincinnati, OH 45271-5064 |
| 16512523 | + | Sec. of Housing & Urban Development, 2488 East 81st Street--Suite 700, Tulsa, OK 74137-4290 |
| 16512530 | + | Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2025 01:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2025 01:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16512518 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2025 01:12:35 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 16512519 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2025 01:11:43 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 16512524 | ^ | MEBN | Jun 04 2025 00:58:32 | KML Law Group, BNY Mellon Independence Center, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1538 |
| 16533970 | | Email/Text: camanagement@mtb.com | Jun 04 2025 01:10:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16512525 | | Email/Text: camanagement@mtb.com | Jun 04 2025 01:10:00 | M&T Bank, P.O. Box 844, Buffalo, NY 14240 |
| 16512527 | ^ | MEBN | Jun 04 2025 00:58:44 | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 16512528 | ^ | MEBN | | |

Case 25-20682-JAD    Doc 43    Filed 06/05/25    Entered 06/06/25 00:30:33    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 03, 2025 | Form ID: rsc13 | Total Noticed: 23 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jun 04 2025 00:58:36 | Revco Solutions, P.O. Box 2724, Columbus, OH 43216-2724 |
| 16521331 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 04 2025 01:11:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16512529 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 04 2025 01:11:00 | Santander Consumer, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 16512959 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 04 2025 01:24:49 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T BANK |
| 16512521 | ##+ | County Hauling Corp., 111 Conner Lane, Belle Vernon, PA 15012-4569 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel R. White | on behalf of Debtor Harold N. Pennington III r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4