File No.:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Harold N. Pennington, III, | : | Case No. 25-20682 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on December 11, 2025, I served a copy of the Court's December 10, 2025 wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Hunter Truck Sales & Services, Attn: Payroll Manager, 460 Pittsburgh Road, Butler, PA 16002.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: December 11, 2025

                                                     CALAIARO VALENCIK, P.C.

                                              By    /s/ Daniel R. White
                                                         Daniel R. White
                                                         PA I.D. No. 78718
                                                         8 Nickman Plaza
                                                         Lemont Furnace, PA 15456
                                                         Office: 724-719-9388
                                                         Email: dwhite@c-vlaw.com
                                                         Attorneys for Debtor